IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| JANET HARRIS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 5:14-CV-06069-ODS |
| ) | |
| DAVIESS-DEKALB COUNTY ) | |
| REGIONAL JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties, by and through their undersigned counsel of record, and hereby stipulate to the dismissal of this case and all claims and counterclaims asserted therein with prejudice, and all parties shall bear their own costs and expenses incurred in the prosecution and/or defense of this matter.

Respectfully submitted,

/s/ Michele C. Puckett-Burkhead
Michele C. Puckett-Burkhead       #45150
Michele C. Puckett, P.C.
616 Lana Drive
P.O. Box 607
Cameron, MO 64429-0607
(816) 632-5297; Fax (816) 632-5308
MCPuckett2@gmail.com

Robert B. Ramsey       #28312
Law Office of Robert Brooks Ramsey
1010 Market Street, Suite 1340
St. Louis, MO 63101
(314) 368-7634
RBRamsey7@gmail.com

Joseph F. Yeckel #45992
Law Office of Joseph F. Yeckel, LLC
7710 Carondelet Avenue, Suite 208
St. Louis, MO 63105
(314) 727-2430; Fax (866) 873-5905
Joe@Yeckel-Law.com
*Attorneys for Plaintiffs*


  /s/ J. Thaddeus Eckenrode
J. Thaddeus Eckenrode #31080
Lisa Howe #45072
ECKENRODE-MAUPIN ATTORNEYS AT LAW
11477 Olde Cabin Road, Suite 110
St. Louis, MO 63141
(314) 726-6670; Fax (314) 726-2106
jte@eckenrode-law.com
*Attorneys for Defendants/Third-Party Plaintiffs*
*Advanced Correctional Healthcare, Ash, Butler, Hadley,*
*Brenda Johnson, Norman Johnson, Lehman, Martin,*
*Miller, Rakestraw, Stocke and Van Voorn*


  /s/ Matthew Merrill
Matthew Merrill #52275
Brown & Ruprecht, PC
2323 Grand Boulevard, Suite 1100
Kansas City, MO 64108
(816) 292-7000; Fax (816) 292-7050
MMerrill@BRLawKC.com
*Attorneys for Third-Party Defendants*
*Symphony Diagnostics, Bernfield and Eisenstein*

  /s/ David S. Baker
David S. Baker #30347
9229 Ward Parkway, Suite 370
Kansas City, MO 64114
816-523-4667, Ext. 121; Fax 816-523-5667
dbaker@fisherpatterson.com
*Attorneys for Defendants*
*Daviess-DeKalb County Regional Jail,*
*Daviess-DeKalb Regional Jail District,*
*Gray, Becerra, Raines, Sims, Allison,*
*Daviess County, Missouri, Daviess County*
*Commission, DeKalb County, Missouri and*
*DeKalb County Commission*